```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:98-00140-01

GROVER L. DILLON, SR.

## MEMORANDUM OPINION AND ORDER

Pending before the court are the following pro se motions filed by defendant:

1. Petition to Stop/Defer Payment of Fine/Restitution and Costs (doc. # 174);

2. Motion for Modification of Court Payments (doc. # 201);

3. Motion and Request to Defer Payment of Restitution or Fine Until Service of the Supervised Release Portion of the Sentence (doc. # 205); and

4. Motion and Request to Defer Payment of Restitution or Fine Until Service of the Supervised Release Portion of the Sentence (doc. # 206).

Construing defendant's filings liberally, he appears to be notifying the court of a material change in his economic circumstances and requesting a change in his payment schedule. Pursuant to 18 U.S.C. § 3664(k), the Clerk's Office is directed to send copies of the aforementioned motions to the government so that it can provide the required notifications and file a response to the motions.

The Clerk is directed to send copies of this Memorandum Opinion and Order to defendant, counsel of record, the Probation

Office of this court, and the United States Marshal for the Southern District of West Virginia.

It is SO ORDERED this 12th day of May, 2009.

ENTER:

David A. Faber
Senior United States District Judge